Ms. Karen Campling
Sadek and Cooper Law Offices
"The Philadelphia Building"
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
(P) 215-545-0008
(F) 215-545-0611
info@sadeklaw.com

October 2, 2018

Dear Sir,

Reference: John F. Gillen, Jr. Status

I've been asked about John's medical condition and mobility to travel for personal business. I am the lead medical representative on site at Crestview Center. Here are current details of his physical condition.

- John's cardiac condition is as follows. He was originally admitted for end stage cardiomyopathy. His heart function is very poor, at about 10% of normal. He was placed on Life vest, to alarm and shock him if a lethal cardiac rhythm occurs that could cause sudden death. He is also at this point on a continuous monitor of his heart beat.
- John had a serious fall last week. He sustained serious deep bruising to his hip and strained ligaments in his wrist. He is in physical therapy treatment and does need a walker for mobility.
- For a trip as described to me, I would expect John would need to be transported in a wheelchair.

I would prefer that John not travel and be put into additional risk of injury or a cardiac incident if there are alternatives for meeting his business objectives via conference calling.

Sincerely,

Carol Twomey

Nurse Practitioner
Crestview Center
262 Tollgate Rd.
Langhorne, PA 19047



Ex. A