B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re

    John F. Gillen, Jr.　　　　　　　　　　　　Bankruptcy No. 18-16077 amc
    *Debtor*


    John F. Gillen, Jr.　　　　　　　　　　　　Adversary No.   18-287 amc
    *Plaintiff*
      v.

PHEAA
    *Defendant*


## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due **1/9/2019**.

    Address of Clerk　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　Robert N.C. Nix Building
　　　　　　　　　　　　　　　　　　　　　　　　900 Market Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney　　　Brad J. Sadek
　　　　　　　　　　　　　　　　　　　　　　　　Sadek and Cooper
　　　　　　　　　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 502
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY B. MCGRATH
　　　　　　　　　　　　　　　　　　　　　　　　CLERK

December 10, 2018

　　　　　　　　　　　　　　　　　　　　　　　　By:  John Barbetta
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Bankruptcy No. 18-16077 amc    Adversary No. 18-287 amc

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows:  [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                  Signature

Print Name            _____

Business Address      _____

City, State, Zip      _____