B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re

    John F. Gillen, Jr.                                   Bankruptcy No. 18-16077 amc
    *Debtor*

    John F. Gillen, Jr.                                  Adversary No.   18-287 amc
    *Plaintiff*
    v.

    PHEAA
    *Defendant*

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due **1/9/2019.**

    Address of Clerk                              U.S. Bankruptcy Court
                                                    Robert N.C. Nix Building
                                                    900 Market Street, Suite 400
                                                    Philadelphia PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney        Brad J. Sadek
                                                      Sadek and Cooper
                                                      1315 Walnut Street, Suite 502
                                                      Philadelphia, PA 19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      FOR THE COURT

                                                      TIMOTHY B. MCGRATH
                                                      CLERK



December 10, 2018

                                                      By:  John Barbetta
                                                      Deputy Clerk

Bankruptcy No. 18-16077 amc    Adversary No. 18-287 amc

## CERTIFICATE OF SERVICE

I, **Karen Campling** certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **12/10/18** (date) by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

PHEAA
c/o James H. Steeley, Interim President & CEO
1200 North Seventh Street
Harrisburg, PA 17102-1444

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

(X) State Law: The Defendant was served pursuant to the laws of the State of **Pennsylvania** (name of state) as follows: [Describe briefly]

**Certified Mail, Return Receipt**

Under penalty of perjury, I declare that the foregoing is true and correct.

**12/10/18**
Date

**Karen M. Campling**
Signature

Print Name: **Karen Campling**
Business Address: **Sadek & Cooper Law Office, 1315 Walnut St., Ste 502**
City, State, Zip: **Philadelphia, PA 19107**

Bankruptcy No. 18-16077 amc    Adversary No. 18-287 amc

## CERTIFICATE OF SERVICE

I, Karen Campling, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 12/10/18 (date) by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Performant Recovery, Inc.
Harold T. Leach, Jr, President
333 North Canyons Parkway
Livermore, CA 94551

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

(X) State Law: The Defendant was served pursuant to the laws of the State of Pennsylvania (name of state) as follows: [Describe briefly]

Certified mail, Return Receipt

Under penalty of perjury, I declare that the foregoing is true and correct.

12/10/18
Date

Karen M. Campling
Signature

Print Name: Karen Campling
Business Address: Sadek & Cooper Law Office, 1315 Walnut St, Ste 502
City, State, Zip: Philadelphia, PA 19107